JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RAMIREZ | No. SA CV08-1232-DOC(RNBx) |
| Plaintiffs, | ORDER REMANDING ACTION TO STATE COURT |
| v. | |
| NDEX WEST LLC, ET. AL., | |
| Defendants. | |

The Court issued an Order to Show Cause re Remand on December 5, 2008. Defendants were ordered to show cause in writing no later than December 22, 2008, why this action should not be remanded. Defendants have failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby remanded to Orange County Superior Court (Case Number 30-2008-00112537).

DATED: December 30, 2008

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

**Case No.** SA CV08-1232-DOC(RNBx)  **Case Title** RAMIREZ -V- NDEX WEST LLC, ET. AL.,

**Title of Document** ORDER REMANDING ACTION TO STATE COURT

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | **ADD NEW NOTICE PARTY** (if sending by fax, mailing address must also be provided) |
|---|---|

Name: Orange County Superior Court

Firm:

Address *(include suite or floor)*:

700 Civic Center Drive

Santa Ana, CA  92701

*E-mail:

*Fax No.:

* For CIVIL cases only

| *JUDGE / MAGISTRATE JUDGE (list below):* |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk  kh